SHOEMAKER et al., Respondents, v. LEDERMAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by Perry Shoemaker and another against Moe J. Lederman and others.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and HISCOCK, J., dissent.

In re SICKELS. (Supreme Court, Appellate Division, First Department. October 21, 1904.) In the matter of David B. Sickels, as receiver. G. M. Mackellar, for appellant. A. J. Stern, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

VAN BRUNT, P. J., dissents.

SIEBERT v. MILBANK et al. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Henry Siebert against Charles B. Milbank and others.

PER CURIAM. Motion for leave to appeal to Court of Appeals granted, and question certified as follows: "Does the complaint state facts sufficient to constitute a cause of action?"

SILVERMAN v. STATE BANK. (Supreme Court, Appellate Division, First Department. November 18, 1904.) Action by Harry Silverman against the State Bank. No opinion. Motion denied, on payment of $20 costs.

SLATER et al. v. SLATER. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by Cecelia L. Slater and another against James Slater, individually, etc.

PER CURIAM. Motion denied, on payment of $10 costs.

SLATER et al. v. SLATER. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by Cecelia L. Slater and another against James Slater, individually, etc. No opinion. Motion denied.

In re SMITH. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) In the matter of the application of Otis H. Smith for an order directing a special town meeting to be called in and for the town of Bath.

PER CURIAM. It appearing that the petitioner, Otis H. Smith, has died since the service of the notice of appeal herein, the motion to dismiss said appeal is denied, without costs.

In re SMITH. (Supreme Court, Appellate Division, First Department. November 11, 1904.) In the matter of Louisa E. Smith. L. Wendel, Jr., for appellant. G. M. S. Schulz, for respondent. No opinion. Decree affirmed, without costs.

SMITH v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Jacob Smith against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

SOBEL et al., Respondents, v. STOLTS, Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Leon Sobel and others against Julius W. Stolts as president. C. M. Demond, for appellant. S. Levy, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

SPECTOR, Appellant, v. BROADS et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Simon Spector against Bernard Broads and Nathan Steinfeld.

PER CURIAM. Judgment affirmed, with costs.

HOOKER, J., dissents.

SPENCER, Respondent, v. BERKSHIRE SPRINGS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Otto J. Spencer against the Berkshire Springs Company. No opinion. Judgment and order affirmed, with costs.

SPIEGEL, Respondent, v. GOLDBERG, Appellant. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by Leo Spiegel against Manuel Goldberg. H. Goldmark, for appellant. A. I. Elkus, for respondent. No opinion. Judgment and order affirmed, with costs.

SPRAGUE, Respondent, v. NEW YORK EVENING JOURNAL PUB. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by Waldo Sprague against the New York Evening Journal Publishing Company, impleaded, etc.

PER CURIAM. Interlocutory judgment affirmed, with costs.

WILLIAMS, J., not voting. HISCOCK, J., dissents.

SPRAGUE, Respondent, v. NEW YORK EVENING JOURNAL PUB. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1904.) Action by Waldo Sprague against the New York Evening Journal Publishing Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

STAR FIRE INS. CO., Respondent, v. RING et al., Appellants. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by the Star Fire Insurance Company against Charles E. Ring and others. H. Jones, for appellants. F. Walling, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

STATE, Respondent, v. JONES, Appellant. (Supreme Court, Appellate Division, Fourth De-